IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| TANYA HENDERSON | § | |
| | § | |
| v. | § | NO. 1:14-cv-224 |
| | § | |
| WAL-MART STORES, INC. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial proceedings. (Doc. No. 24.) Pending before the court is the "Motion for Summary Judgment" (Doc. No. 17) filed by the Defendant, Wal-Mart Stores, Inc. The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 30), recommending that the court grant in part Wal-Mart's motion. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 30) is **ADOPTED**; and Wal-Mart's "Motion for Summary Judgment" (Doc. No. 17) is **GRANTED IN PART**.

**SIGNED** this the 2 day of **March, 2015.**

_____
Thad Heartfield
United States District Judge